UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET PEGGI LOUIS GARVEY

Plaintiff(s),

v.

THE CAMPBELL'S COMPA ,

Defendant(s).

Case No. 3:26-cv-03097 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Adam M. Goffstein , an active member in good standing of the bar of Missouri , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Margaret Peggi Louise Garvey in the above-entitled action. My local co-counsel in this case is James A. Morris/Shane E. G , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 296852/210932 .

7777 Bonhomme Avenue, Suite 1910
Clayton, MO 63105
MY ADDRESS OF RECORD

4001 W. Alameda Avenue, Suite 202
Burbank, CA 91505
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

314-725-5151
MY TELEPHONE # OF RECORD

747-283-1144
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

adam@goffsteinlaw.com
MY EMAIL ADDRESS OF RECORD

jmorris@jamlayers.com/sgreenberg@jamlav
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 46511 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:    **4/21/2026**

Adam M. Goffstein
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of   Adam M. Goffstein   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 22, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2